THE HARRIAN LAW FIRM, P.L.C
5616 W. Glendale Avenue
Glendale, Arizona 85301

602.246.8101 Fax 623.939.1126

Michael E. Cordrey
Arizona State Bar No. 022148
Attorney for Movant

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA, PHOENIX DIVISION

| In Re: | No. 2:09-bk-27174-RJH |
|---|---|
| DAVID PROVINE, | Chapter 13 Proceedings |
| Debtor | |
| MONICA PROVINE, | MOTION TO LIFT AUTOMATIC STAY |
| Movant, | |
| v. | |
| DAVID PROVINE, Debtor, and EDWARD J. MANEY, Trustee. | |
| Respondents. | |

**COMES NOW**, Movant, Monica Provine, (hereinafter "Movant") and moves this Court for an Order lifting the automatic stay presently in effect upon the Debtor's Chapter 13 filing. In support of her Motion to Lift Stay, Movant states as follows:

1. Prior to Debtor's filing of his Chapter 13 Bankruptcy Case, Movant (Debtor's Wife) filed a dissolution of marriage proceeding in Maricopa County Superior Court as case number FC2009-003501.

2. Movant desires to have the dissolution proceeding continue to final decree in the Maricopa County Superior Court.

3. The automatic stay currently in effect precludes the dissolution proceeding from moving forward to final decree.

4. Movant desires that the Court issue an Order removing the automatic stay to allow the Maricopa County Superior Court action to proceed to final decree, and to enter orders regarding Family Support Obligations.

5. Debtor proposed a Chapter 13 Plan with the Bankruptcy Court in his voluntary petition.

6. The Maricopa County dissolution case can move to final decree without adverse effect on creditors.

**WHEREFORE**, Movant requests that the Court enter an Order lifting the automatic stay in effect under Chapter 13 of the Bankruptcy Code, allowing the Maricopa County Superior Court dissolution action in case number FC2009-003501 to proceed to final decree, and to enter orders regarding Family Support Obligations.

**RESPECTFULLY SUBMITTED** this 10TH day of DECEMBER, 2009.

THE HARRIAN LAW FIRM, P.L.C.

_/s/ Michael E. Cordrey_
Michael E. Cordrey
Attorney for Movant

Original of the foregoing FILED ELECTRONICALLY
this 10TH day of DECEMBER, 2009

with a copy of the foregoing MAILED
this 10TH day of DECEMBER, 2009 to:

Joseph W. Charles, Esq.
Post Office Box 1737
Glendale, Arizona, 85311-1737
Attorney for Debtor

-and-

Mr. David Provine
963 South 240th Drive
Buckeye, Arizona, 85326
Debtor / Respondent in Maricopa County FC2009-003501

-and-

Edward J. Maney
US Bankruptcy Court Trustee
P.O. Box 10434
Phoenix, Arizona, 85064-0434
Trustee

The Harrian Law Firm, P.L.C.
5616 West Glendale Avenue
Glendale, Arizona 85301