| | | |
|---|---|---|
| 1 | **PERRY & SHAPIRO, L.L.P.**<br>3300 N. Central Avenue, #2200 | **IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**<br>The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.<br>**Dated: February 04, 2010**  |

```
 1  PERRY & SHAPIRO, L.L.P.
    3300 N. Central Avenue, #2200
 2  Phoenix, Arizona 85012
    (602) 222-5711
 3  (602) 222-5701 Facsimile
    (847) 627-8802 Facsimile
 4  AZNotices@logs.com, e-mail
    Christopher R. Perry, Bar #009801
 5  Jason P. Sherman, Bar #019999
    Attorney for MERS INC., as nominee for
 6  JP Morgan Chase Bank NA
    [FILE 09-018909 CHE]
 7
```

*Randolph J. Haines*
_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DAVID R. PROVINE,<br><br>   Debtor. | Case # 2:09-bk-27174-RJH<br><br>Chapter 13 Proceedings |
| MERS INC., as nominee for JP Morgan Chase Bank NA, its assignees and / or successors in interest,<br>   Movant,<br>v.<br>DAVID R. PROVINE, Debtor, and Chapter 13 Trustee Edward J. Maney,<br>   Respondents. | **ORDER LIFTING THE AUTOMATIC STAY**<br><br>Re: Real Property located at<br>963 South 240th Drive<br>Buckeye, AZ 85326 |

  The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by MERS INC., as nominee for JP Morgan Chase Bank NA, ("CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 963 South 240th Drive, Buckeye, AZ 85326 and legally described as:

> LOT 197, ACACIA CROSSING, ACCORDING TO BOOK 683 OF MAPS, PAGE 35, RECORDS OF MARICOPA COUNTY, ARIZONA

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
Randolph J. Haines
U. S. Bankruptcy Court Judge