IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: March 19, 2010



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 575
Tempe, Arizona 85282-7187
Telephone: (480) 222-0291
Fax: (480) 222-0271
email: patricia.doyle-kossick@azbar.org
Patricia Doyle-Kossick, 010217
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**DAVID R. PROVINE,**<br><br>    Debtor.<br><br>**REGIONAL ACCEPTANCE CORPORATION**,<br><br>    Movant,<br><br>vs.<br><br>**DAVID R. PROVINE**, Debtor, and **EDWARD J. MANEY**, Trustee,<br><br>    Respondents. | Proceedings in Chapter 13<br><br>No. 2:09-27174 PHX RJH<br><br><br>ORDER TERMINATING THE AUTOMATIC STAY |

Movant, REGIONAL ACCEPTANCE CORPORATION, having filed a Motion Seeking Termination of the Automatic Stay, through its counsel Patricia Doyle-Kossick, P.L.C.; the Debtor, DAVID R. PROVINE, and the trustee, EDWARD J. MANEY, having failed to file an objection to the Motion or the proposed form of Order; the Court having considered the allegations contained in the Motion, the Court finds that the property described as:

Page 1

2008 Dodge Caliber, VIN 1B3HB48B28D582019

is subject to a valid, perfected security interest and lien of Movant, which interest has not

been afforded adequate protection; and good cause appearing therefor, it is

ORDERED, ADJUDGED AND DECREED that the Automatic Stay Against Lien

Enforcement in effect with regard to the property described as:

2008 Dodge Caliber, VIN 1B3HB48B28D582019

is terminated as to REGIONAL ACCEPTANCE CORPORATION

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

Unsigned copy of the foregoing mailed
this 26th day of February, 2010 to:

David R. Provine
963 South 240th Drive
Buckeye, AZ 85326

Joseph W. Charles
Law Offices of Joseph W. Charles, P.C.
PO Box 1737
Glendale, AZ 85311-1737

Edward J. Maney
P.O. Box 10434
Phoenix, AZ 85064-0434

*/s/ Patricia Doyle-Kossick*

Page 2