**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: March 25, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 575
Tempe, Arizona 85282-7187
Telephone: (480) 222-0291
Fax: (480) 222-0271
email: patricia.doyle-kossick@azbar.org
Patricia Doyle-Kossick, 010217
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Proceedings in Chapter 13 |
| **DAVID R. PROVINE**, | **No. 2:09-27174 PHX RJH** |
| Debtor. | |
| **REGIONAL ACCEPTANCE CORPORATION**, | ORDER TERMINATING THE CO-DEBTOR STAY |
| Movant, | |
| vs. | |
| **DAVID R. PROVINE,** Debtor, **MONICA R. PROVINE**, Co-Debtor, and **EDWARD J. MANEY**, as Trustee, | |
| Respondents. | |

Movant, REGIONAL ACCEPTANCE CORPORATION, having filed a Motion Seeking Termination of Co-Debtor Stay pursuant to Bankruptcy Code §1301(C) through its attorneys, Patricia Doyle-Kossick, P.L.C.; the Debtor, DAVID R. PROVINE, the Co-Debtor, MONICA R. PROVINE, and the trustee, EDWARD J. MANEY, having failed to file an objection to the Motion or the proposed form of Order; and good cause appearing therefor, it is

ORDERED, ADJUDGED AND DECREED that the Co-Debtor Stay pursuant to Bankruptcy Code §1301(a) is terminated only as to REGIONAL ACCEPTANCE

| | |
|---|---|
| 1 | CORPORATION, and Movant may pursue its rights against the Co-Debtor, MONICA R. |
| 2 | PROVINE. |
| 3 | DATED this _____ day of _____, 2010. |
| 4 | |
| 5 | _____<br>UNITED STATES BANKRUPTCY JUDGE |
| 6 | Unsigned copy of the foregoing mailed |
| 7 | this 26th day of February, 2010 to: |
| 8 | David R. Provine<br>963 South 240th Drive<br>Buckeye, AZ 85326 |
| 9 | |
| 10 | Monica R. Provine<br>2436 N. 125th Dr.<br>Avondale, AZ 85392 |
| 11 | |
| 12 | Joseph W. Charles<br>Law Offices of Joseph W. Charles, P.C.<br>PO Box 1737 |
| 13 | Glendale, AZ 85311-1737 |
| 14 | Edward J. Maney<br>P.O. Box 10434 |
| 15 | Phoenix, AZ 85064-0434 |
| 16 | */s/ Patricia Doyle-Kossick* |