United States Bankruptcy Court



District of Arizona

| TUCSON DIVISION | YUMA DIVISION |
|---|---|
| James A Walsh Courthouse | 325 W. 19th St., Ste. D |
| 38 S. Scott Avenue | Yuma, AZ 85364 |
| Tucson, AZ 85701 | 928-783-2288 |
| 520-202-7500 | |

*PHOENIX HEADQUARTERS*
230 N. First Avenue, Suite 101
Phoenix AZ 85003-1706
602-682-4000

## DEBTOR CHANGE OF ADDRESS

Case No.: 2:09-bk-27174     Chapter: 13

**Debtor(s) Name:** DAVID R. PROVINE

**NEW Mailing Address:** 144 N. 224th LN.
Street Address/P.O. Box Number

Suite/Apartment Number

Buckeye    AZ    85326
City        State  Zip Code

**OLD Mailing Address:** 963 S. 240th DR
Street Address/P.O. Box Number

Suite/Apartment Number

Buckeye    AZ    85326
City        State  Zip Code

**Debtor(s) Signature:** [signature]   3/31/10
Date

Date