Edward J. Maney, Esq. AZ Bar#12256
Chapter 13 Trustee
P.O. Box 10434
Phoenix, AZ  85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Proceedings Under Chapter 13 |
|---|---|---|
|  | ) |  |
| DAVID R. PROVINE | ) | Case No. 09-27174-PHX-RJH |
|  | ) |  |
|  | ) | NOTICE OF HEARING RE: |
|  | ) | STATUS HEARING ON |
|  | ) | CONFIRMATION OF PLAN |
| _____Debtor(s)_____ | ) | AND CERTIFICATE OF MAILING |

**NOTICE IS HEREBY GIVEN** that a Status Hearing on Confirmation of Plan, will be held before the Honorable Randolph J. Haines, United States Bankruptcy Judge, in bankruptcy courtroom No. 603, 6th Floor, 230 North First Avenue, Phoenix, Arizona 85003-1706:

Date:   June 30, 2010

Time:   10:00 a.m.

**PLEASE TAKE NOTICE** that any response must filed in writing at least **seven days** prior to the hearing with the Clerk of the Bankruptcy Court:

**Clerk of Court**
**UNITED STATES BANKRUPTCY COURT**
**230 N. First Avenue, Suite 101**
**Phoenix, Arizona 85003-1706**

and served upon the Chapter 13 Trustee.  The Chapter 13 Trustee to serve this notice to debtor(s) and debtor(s) counsel.

Dated: See Electronic Signature:

        EDWARD J. MANEY
        CHAPTER 13 TRUSTEE

        _____
        Edward J. Maney, Esq.
        P.O. Box 10434
        Phoenix, Arizona 85064
        (602) 277-3776 Ext. 213

CERTIFICATE OF MAILING FOR CASE NO. 09-27174

Edward J. Maney, CHAPTER 13 TRUSTEE (hereinafter the "Trustee"), hereby certifies that a copies of Notice of Hearing was mailed on_____June 16, 2010._____to following parties:

Joseph W. Charles, Esq.
Attorney at Law
P.O. Box 1737
Glendale, AZ 85311-
Attorney for Debtor

DAVID R. PROVINE
144 N. 224TH LN.
BUCKEYE, AZ 85326
Debtor

144 N. 224TH LN.
BUCKEYE, AZ 85326
Co-Debtor

Copies of the foregoing mailed (see electronic signature below) to the following:

        EDWARD J. MANEY,
        CHAPTER 13 TRUSTEE

        _____
        Edward J. Maney, Esq. #012256
        P.O. Box 10434
        Phoenix, Arizona 85064
        (602) 277-3776Ext. 213

Case 2:09-bk-27174-RJH   Doc 67   Filed 06/16/10   Entered 06/16/10 15:45:25   Desc
Main Document    Page 2 of 2