```
RONALD L. HOFFBAUER, 006888
P.O. BOX 10434
PHOENIX, AZ 85064
(602) 277-3776 x205
Fax:(602)277-4103
ronh@maney13trustee.com
Attorney for Edward J. Maney,
      Chapter 13 Trustee
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 2: 09-bk-27174 RJH |
| DAVID R. PROVINE, | Chapter 13 |
| SSN: XXX-XX-4487 | |
| | ORDER DENYING DEBTORS' EXEMPTIONS CLAIMED ON SCHEDULE C |
| Debtor. | |

This matter having come before the Court upon the Objection to Property Claimed Exempt on Schedule C filed on behalf of Edward J. Maney, Chapter 13 Trustee assigned to administer this case, and the Debtors having failed to respond or file an Amended Schedule C, the Court having considered the motion filed by the Trustee, for good cause appearing, it is

ORDERED denying the following claimed exemptions shown on Schedule C:

1. All household goods in the amount of $2,000.00;

2. Golf clubs, 2 rifels (sic), 1 shotgun, 4 hand guns, 1 gun safe in the amount of $500.00.

Dated as set forth on the electronic signature affixed hereto.

_____
Randolph J. Haines, Judge
U.S. Bankruptcy Court

The original lodged and a copy of
the foregoing mailed on the 28th day
of June, 2010 to:

Joseph W. Charles, Esq.
P.O. Box 1737
Glendale, AZ 85311
Attorney for Debtor

and a copy hand delivered to:

U.S. Trustee
230 N. First Avenue
Suite 204
Phoenix, AZ 85003-1706


by_____
c:\ron\pleadings\provineorderonobjtoexempt