# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | DAVID R PROVINE |
| **Case Number:** | 2:09-bk-27174-RJH    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 30, 2010 10:30 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | SHERI FLETCHER |

### Matter:

TRUSTEE'S REQUEST FOR STATUS HEARING RE: CONFIRMATION OF PLAN

**R / M #:** 0 / 0

### Appearances:

JOSEPH W. CHARLES, ATTORNEY FOR DAVID R PROVINE
RONALD L. HOFFBAUER, ATTORNEY FOR EDWARD J. MANEY

### Proceedings:

Mr. Hoffbauer reviewed this matter, stating that the debtor has had a pay cut and is now divorced so this case will have to be re-evaluated. He recommended that this hearing be continued for 30 days.

Mr. Charles responded, stating that he is only trying to get the plan confirmed.

COURT: IT IS ORDERED SETTING A CONTINUED HEARING ON AUGUST 30, 2010 AT 10:00 A.M. THIS HEARING MAY BE VACATED IF RESOLVED.