```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
                                    The party obtaining this order is responsible for
                                    noticing it pursuant to Local Rule 9022-1.    
 1  RONALD L. HOFFBAUER, 006888
    P.O. BOX 10434                  Dated: June 29, 2010
 2  PHOENIX, AZ 85064
    (602) 277-3776 x205
 3  Fax:(602)277-4103
    ronh@maney13trustee.com         _____
 4  Attorney for Edward J. Maney,       RANDOLPH J. HAINES
         Chapter 13 Trustee             U.S. Bankruptcy Judge
 5                                  _____
```

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) |
|---|---|
| | ) No. 2: 09-bk-27174 RJH |
| DAVID R. PROVINE, | )    Chapter 13 |
| SSN: XXX-XX-4487 | ) |
| | ) ORDER DENYING DEBTORS' |
| | ) EXEMPTIONS CLAIMED |
| | ) ON SCHEDULE C |
| Debtor. | ) |

This matter having come before the Court upon the Objection to Property Claimed Exempt on Schedule C filed on behalf of Edward J. Maney, Chapter 13 Trustee assigned to administer this case, and the Debtors having failed to respond or file an Amended Schedule C, the Court having considered the motion filed by the Trustee, for good cause appearing, it is

ORDERED denying the following claimed exemptions shown on Schedule C:

1. All household goods in the amount of $2,000.00;

2. Golf clubs, 2 rifels (sic), 1 shotgun, 4 hand guns, 1 gun safe in the amount of $500.00.

Dated as set forth on the electronic signature affixed hereto.

_____
Randolph J. Haines, Judge
U.S. Bankruptcy Court

-1-

```
 1 | The original lodged and a copy of
   | the foregoing mailed on the 28th day
 2 | of June, 2010 to:
 3 | Joseph W. Charles, Esq.
   | P.O. Box 1737
 4 | Glendale, AZ 85311
   | Attorney for Debtor
 5 |
   | and a copy hand delivered to:
 6 |
   | U.S. Trustee
 7 | 230 N. First Avenue
   | Suite 204
 8 | Phoenix, AZ 85003-1706
 9 |
10 |
   | by_____
11 | c:\ron\pleadings\provineorderonobjtoexempt
```